UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-cv-01575-DAD-JDP (PS)<br><br>ORDER DIRECTING THE CLERK OF COURT TO SEND PLAINTIFF A COURTESY COPY OF THE COURT'S MAY 19, 2022 ORDER AND GRANTING PLAINTIFF THIRTY DAYS TO FILE A FIRST AMENDED COMPLAINT<br><br>ECF No. 3 |

　　　　On May 19, 2022, the court screened plaintiff's complaint, notified him that it failed to state a claim, and gave plaintiff thirty days to file an amended complaint. ECF No. 3. After plaintiff failed to timely file an amended complaint, I ordered him to show cause why this case should not be dismissed for failure to prosecute and failure to state a claim. ECF No. 6. In response, plaintiff filed a notice indicating that his complaint had never been "ruled upon" and that charges pending against him in the Shasta County Superior Court had been dropped. ECF No. 7. Plaintiff, however, did not file an amended complaint. Plaintiff has since filed a request for status and ruling on his complaint. ECF No. 8.

　　　　In light of plaintiff's representations, I will direct the Clerk of Court to send plaintiff a courtesy copy of the May 19, 2022 order and allow plaintiff thirty days to file a first amended complaint.

1

IT IS SO ORDERED.

Dated:    December 12, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE