1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MELVIN RAY LEWIS,                          Case No. 2:21-cv-01575-DAD-JDP (PS)

12              Plaintiff,                       ORDER TO SHOW CAUSE

13        v.

14   STATE OF CALIFORNIA, *et al.*,

15              Defendants.

16

17

18        On May 19, 2022, the court screened plaintiff's complaint and notified him that it failed to

19   state a claim. ECF No. 3.  I gave plaintiff thirty days to file an amended complaint.  After

20   plaintiff failed to timely file an amended complaint, I ordered him to show cause why this case

21   should not be dismissed for failure to prosecute and failure to state a claim.  ECF No. 6.  Instead

22   of filing an amended complaint, plaintiff filed both a notice indicating that his complaint had

23   never been "ruled upon" and that charges pending against him in the Shasta County Superior

24   Court had been dropped, ECF No. 7, and a request for status, ECF No. 8.

25        On December 13, 2023, I directed the Clerk of Court to send plaintiff a courtesy copy of

26   the May 19, 2022 order and allowed plaintiff thirty days to file an amended complaint.  Plaintiff

27   has not filed an amended complaint or otherwise responded to the court's December 13, 2023

28   order.

1

1         Out of an abundance of caution, the court will give plaintiff one final an opportunity to

2    explain why this case should not be dismissed for failure to file an amended complaint.

3    Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and

4    will result in a recommendation that this action be dismissed.  Accordingly, plaintiff is ordered to

5    show cause within fourteen days why this case should not be dismissed for failure to prosecute

6    and failure to state a claim.  Should plaintiff wish to continue with this lawsuit, she shall file,

7    within fourteen days, an amended complaint.

8

9    IT IS SO ORDERED.

10

     Dated:    February 6, 2024                    _____

11                                                 JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28